Law Offices
**HINSHAW & CULBERTSON LLP**
2375 E. Camelback Road
Suite 750
Phoenix, AZ 85016
602-631-4400
602-631-4404
bdunn@hinshawlaw.com

Bradley L. Dunn (028897)

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| FAYE STEWART TRANSPORTATION SERVICES, LLC,<br><br>Debtor. ☐ | Case No. 2:15-bk-06100<br>2:15-bk-06102<br>2:15-bk-06104<br>2:15-bk-06109 |
| In re:<br><br>FAYE STEWART TRANSPORTATION, LLC,<br><br>Debtor. ☐ | (Jointly Administered)<br><br>**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS** |
| In re:<br><br>FST LOGISTICS, LLC,<br><br>Debtor. ☒ | |
| In re:<br><br>IDA FAYE STEWART, ☐<br><br>Debtor. | |
| **This pleading applies to the case or cases as noted above.** | |

23399216v1 0970097

Case 2:15-bk-06104-PS    Doc 15    Filed 05/27/15    Entered 05/27/15 15:24:27    Desc
Main Document    Page 1 of 3

Attached as Exhibit A is the list of debtor FST Logistics, LLC's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case.

DATED this 27th day of May, 2015.

HINSHAW & CULBERTSON, LLP

By: /s/ Bradley L. Dunn
Bradley L. Dunn
Attorneys for Debtors

## CERTIFICATE OF SERVICE

I certify that on the 27th day of May, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and mailed a copy to the following:

3PL Central
820 Manhattan Ave Suite 102
Attn: Accounts Receivable Department
Manhattan Beach, CA 90266

Century Link
PO Box 29040
Phoenix, AZ 85038

Cox Communications
PO Box 53249
Phoenix, AZ 85072

Leonard's Guide
115 E University Dr
Arlington Heights, IL 60004

National Construction Rentals
PO Box 4503
Pacoima, CA 91333

Titan Alarm
2401 W Behrend Drive #25
Phoenix, AZ 85027

Travelers Insurance
PO Box 280410
East Harford, CT 06108

Stearns Bank, N.A.
500 13th Street
Albany, MN 56307

City of Phoenix
PO Box 29100
Phoenix, AZ 85038

Globaltranz
PO Box 71730
Phoenix, AZ 85050

Metro Lift Propane
11519 E Apache Trail
Apache Junction, AZ 85120

Suburban Propane
PO Box 206
Whippany, NJ 07981

Toyota Financial Services
Commercial Finance
Dept 2431
Carol Stream, IL 60132

TCI Leasing & Rentals
4950 Triggs St.
Commerce, CA 90022

2

| 1 | R & L Carriers |
| --- | --- |
| | P.O. Box 271 |
| 2 | Wilmington, OH 45177 |
| 3 | PI Bell Parcel II, LLC |
| | Tirana Real Estate |
| 4 | 2603 Main St. #210 |
| | Irvine, CA 92614 |
| 5 | |
| | By  /s/ Tammy Rivera |
| 6 | |

23399216v1 0970097