

# FST LOGISTICS, LLC

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | Name of creditor and complete address including ZIP code | Name, telephone number and complete mailing address, including ZIP code, of employee, agent, or deportment of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 1) | PI Bell Parcel II, LLC<br>Tirana Real Estate<br>2603 Main Street # 210<br>Irvine, CA 92614 | Accounts receivable<br>310-430-4351 | Lease | Disputed | $649,178.26 |
| 2) | Leonard's Guide<br>115 E University Dr<br>Arlington Heights, IL 60004 | Nikki Parsons<br>847-797-8101 | Trade | | 15,342.67 |
| 3) | TCI Leasing & Rentals<br>4950 Triggs St<br>Commerce, CA 90022 | Accounts Receivable<br>323-269-3033<br>Acct: FAYE | Trade | | 15,325.86 |
| 4) | R & L Carriers<br>PO Box 271<br>Wilmington, OH 45177 | Accounts Receivable<br>800-543-5589<br>Acct: FAY502 | Trade | | 7,940.84 |
| 5) | Stearns Bank<br>PO Box 750<br>Albany, MN 56307 | Accounts Receivable<br>800-247-1922<br>Acct: 001-2051723-001 | Trade | | 4,957.10 |
| 6) | Travelers Insurance<br>PO Box 280410<br>East Harford, CT 06108 | Accounts Receivable<br>860-290-3438<br>Acct: 6159R4167 | Trade | | 4,415.00 |
| 7) | City of Phoenix<br>PO Box 29100<br>Phoenix, AZ 85038 | Accounts Recievable<br>602-262-6251<br>Acct: 0471818987 | Trade | | 4,043.73 |
| 8) | 3PL Central<br>820 Manhattan Ave Suite 102<br>Attn: Accounts Receivable Department<br>Manhattan Beach, CA 90266 | Accounting<br>310-765-4835<br>Customer ID: 587 | Trade | | 2,085.00 |
| 9) | Suburban Propane<br>PO Box 206<br>Whippany, NJ 07981 | Accounts Receivable<br>888-469-9446<br>Acct: 7890-043844 | Trade | | 1,407.65 |

| | | | |
|---|---|---|---|
| 10) | Toyota Financial Services<br>Commercial Finance<br>Dept 2431<br>Carol Stream, IL 60132 | Commercial Finance<br>800-541-2315<br>Acct: 10291928 | Trade | 1,141.30 |
| 11) | Globaltranz<br>PO Box 71730<br>Phoenix, AZ 85050 | Neil Corbin<br>480-440-1743<br>Acct: 95001 | Trade | 391.00 |
| 12) | Cox Communications<br>PO Box 53249<br>Phoenix, AZ 85072 | Accounts Receivable<br>623-328-3338<br>Acct: 001 85 01 223183501 | Trade | 377.80 |
| 13) | Titan Alarm<br>2401 W Behrend Drive #25<br>Phoenix, AZ 85027 | Accounts Receivable<br>602-680-4567<br>Acct: 11181 | Trade | 341.10 |
| 14) | Century Link<br>PO Box 29040<br>Phoenix, AZ 85038 | Accounts Receivable<br>800-603-6000<br>Acct: 602 272-3214 825 | Trade | 180.82 |
| 15) | Metro Lift Propane<br>11519 E Apache Trail<br>Apache Junction, AZ 85120 | Accounts Receivable<br>480-373-8811 | Trade | 158.16 |
| 16) | National Construction Rentals<br>PO Box 4503<br>Pacoima, CA 91333 | Accounts Receivable<br>800-352-5675 | Trade | 129.42 |
| | TOTAL | | | **707,415.71** |

1339921v1 09700097

Case 2:15-bk-06104-PS    Doc 15-1    Filed 05/27/15    Entered 05/27/15 15:24:27    Desc
Exhibit A    Page 3 of 3